UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:10-cr-0149-SEB-DML |
| | ) | |
| VICKI RECEVEUR, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that Vicki Receveur=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 10 months, in the custody of the Attorney General with no supervised release to follow.

SO ORDERED.

Date: 03/04/2014

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brad Blackington
Assistant U. S. Attorney
brad.blackington@usdoj.gov

Bill Dazey
Office of Indiana Federal Community Defender
bill.dazey@fd.org

U. S. Parole and Probation

U. S. Marshal